DOUGLAS F. STORER, Respondent, v. BION EXHIBITS, INC., Appellant.—

The allegations of defendant's breach are entirely conclusory in the first cause of action.  The second cause of action, under which plaintiff seeks to recover on *quantum meruit* for services rendered during the contract period, should not replead the allegations setting forth the contract between the parties, for the pleading of the contract without a proper allegation of the breach destroys his right to sue on *quantum meruit*.  Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

MELVILLE WOLFE, Respondent, v. MARIA SCHUBERT, Defendant, and EMIL SCHUBERT, Appellant.—

No opinion.  Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.